**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CRAIG L. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-cv-00838-SEP |
| CHARTER COMMUNICATIONS, | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff's Application to Proceed in District Court without Prepayment of Fees and Costs. Doc. [3]. Based on Plaintiff's financial information, the Court grants the application and waives the filing fee. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. Gen. Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Although Plaintiff has attached a copy of his right-to-sue letter to his Complaint, he has not provided the Court with a copy of his charge of discrimination. Plaintiff must supplement his Complaint by submitting a copy of his charge of discrimination so that the Court may ascertain whether the claims in the Complaint are "like or reasonably related" to the claims outlined in his charge. *See Duncan v. Delta Consolidated Indus., Inc.,* 371 F.3d 1020, 1024 (8th Cir. 2004). Accordingly,

**IT IS HEREBY ORDERED** that Application to Proceed in District Court without Prepayment of Fees and Costs, Doc. [3], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a copy of his EEOC charge of discrimination within twenty-one (21) days of the date of this Order.

**IT IS FINALLY ORDERED** that Plaintiff's failure to comply with this Court's Order may result in a dismissal of this action without prejudice.

Dated this 2nd day of September, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE